DeLoreto Spada                    300CV 1011(JCH)

Motion: Examine Case, Reopened

1. Schoenhorn took a withdrawl from Case 300CV 1011 based on the fact that the case was not nolled.

2. The case was <u>nolled twice</u>

3. The USDC allowed Schoenhorn to withdrawl and nobody researched the case to see if Jon Schoenhorn was accurate

On the 27th Day of October 2003

Dan D DeRo

## Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

Jon Schoenhorn
98 Oak St
Hartford Ct

On the 27 Day of October 2003