RECEIVED
OCT 2003

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 NOV 12 P 1:06
US DISTRICT COURT
BRIDGEPORT CT

Dante DeLoreto
Name of Plaintiff/Petitioner

Case No. 300 CV 1077 (JCH)
DeLoreto V Spada

Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

### PERSONAL/FINANCIAL DATA

1. Your full name: Dante James DeLoreto
   Your present mailing address: 33 Maxwell Dr
   Wethersfield Ct 06109
   Telephone number: (860) 563-7686

2. Are you presently employed? YES ___ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving.
   Union City Iron Inc Newington, $8.00 HR Sep 7 1994
   Date last worked: September 7 1994

Weekly earnings: $ 700.00

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? 0
   b) interest, dividends, rents or investments of any kind? 0
   c) gifts or inheritances of any kind? 0

6. How much money do you have in any checking or savings account(s)?

   Checking: 0

   Savings: 0

   Prison account: 0

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ✓ NO ___

   If YES, describe the property and state the approximate value:
   1998 Ford Taurus $2000.00, 85k miles
   New Brakes

8. How much money do you owe others? $ 8000.00

   For each debt, state the name of the creditor and the amount owed:

   | CREDITOR | AMOUNT OWED |
   |---|---|
   | JC Penney | $ 500.00 |
   | Peoples Bank | $ 4000.00 |
   | Visa | $ 1000.00 |
   | Atty, Norm Pattis + | unlimited, running |
   | Atty, Jon Williams | Debt, $$$$ |

9. List the persons who depend upon you for support, and state your relationship to
   Mother, Carolyn DeLoreto, same address, totally dependant

them.

Carolyn DeLoreto Financial Support
Mother, Same Address
Eighty One Years of Age

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ____ NO ✓

   If the answer is YES, please provide the following information for each such person:

   Name: _____

   Relationship: _____

   Employer: _____

   Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney.

   Plaintiff is Total Permanet Physical Disability Mental Health Issues As a result of Harrassment From the Wethersfield Police Cannot Concentrate on one Issue,

### NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition.

   Harrassment, Civil Right Violations 1983, 1985 42 USC

(Additional space on next page)

3

42 USC, False Imprisonment, Arrest, Excessive Bond, Excessive Force, Racial Prejudice, Hate etc

### EFFORTS TO OBTAIN AN ATTORNEY

The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

a) Attorney's name  Norm Pattis my only Attorney

Date you contacted this attorney  Regularly

Method of contact (in person, by telephone, etc.)  telephone

Reason why attorney was not employed to handle your case  No Money !!! Williams and Pattis, Norm has been doing volunteer work and advice right along for Plaintiff

b) Attorney's name _____

Date you contacted this attorney _____

Method of contact (in person, by telephone, etc.) _____

Reason why attorney was not employed to handle your case _____

Not Many Attorneys do 1983, 1985 Actions; And with no money

c) Attorney's name _____

   Date you contacted this attorney _____

   Method of contact (in person, by telephone, etc.) _____

   _____

   Reason why attorney was not employed to handle your case _____
   _____Money problems_____

15. Explain any other efforts you have made to obtain an attorney to handle your case.
    I have no money to even call an attorney

16. Please provide any other information which supports your application for the court to appoint counsel. _____
    I am physically, and Emotionally unable to continue pro se without a break down Cannot work in gainful Employment presently

17. Do you need a lawyer who speaks a language other than English?
    YES ____ NO ✓

    If you answered YES, what language do you speak? ___O___

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 29(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 29(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

11/10/03
Date

_Dante DeLoreto_
Original Signature of Movant

Dante DeLoreto
Printed Name of Movant

33 Maxwell Dr
Wethersfield Ct 06109
Address of Movant

6

If this motion is being filed AFTER the case is opened, the movant is required to serve all opposing parties or their attorneys and a certificate of service is required, showing all parties served and their addresses in accordance with LR7(e). Failure to supply the certificate of service will result in the motion being returned to the movant, unprocessed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

United States Magistrate Thomas P Smith

The Honorable Robert T Chatigny

The Honorable Alferd Covello

_____
Original Signature of Movant

Dante DeLoreto
33 Maxwell Dr
Wethersfield Ct 06109

rev. 5/14/02

Certification

This is to certify a copy of the enclosed motion was mailed to the following parties of record

Jim Tallberg
72 Russ St
Hartford Ct

Irene Orbaniak
27 West Main St
New Britain Ct 06051

On the 10th Day of Nov 2003

David Roche