RECEIVED

DeLoreto V Schaffer      300CV1011

Motion: Hearing
Judge Hall

300CV1011 FILED
2003 NOV 12 P 12:51
US DISTRICT COURT
BRIDGEPORT CT

1. Judge Hall, Jon Schoenhorn was paid in full to handle this case.

2. Docket shows Schoenhorn dismisses a Wethersfield Police Officer he represents

3. Then he tells the Federal Court the case has not been nolled !!!

4. Nobody Investigates to see if Jon was telling the truth

5. The case was nolled

6. Judge Hall I need some kind of representation

On the 27th Day of October 2003

Dante DeLoreto

Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties

Jon Schoenhorn
97 Oak St
Hartford Ct

Jim Tallberg
72 Russ St
Hartford Ct

Irene Urbaniak
27 West Main St
New Britain Ct 06051

On the 10th Day of November 2003