Soereta V Spada

3:00CV1011 (JCH)

Motion; Amend Schaffer

1. Amend Schaffer back to 3:00CV1011 (JCH)

**FILED**
2003 NOV 12 P 12:51
US DISTRICT COURT
BRIDGEPORT CT

2. Schoenhorn misrepresented the facts of the case

3. The case was originally nolled

On the 10th Day of November 2003

Danto [signature]

Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties

Jon Schoenhorn
97 Oak St
Hartford    06106

Jim Tallberg
72 Russ St
Hartford Ct   06106

Irena Urbaniad
27 West Main St
New Britan Ct 06051

On the 10th Day of November 2003

*[signature]*