FILED

2003 DEC 16  P 12: 34

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANTE DELORETO | : |
|     Plaintiff | : |
| | :   Case No. 3:00cv1011 (JCH) |
| v. | : |
| | : |
| SEBASTIAN SPADA | : |
| and GARY CHUTE | : |
|     Defendants | :   December 15, 2003 |

## STATUS REPORT

Pursuant to the request of the Honorable Judge Hall of December 11, 2003, the undersigned contacted the Office of State's Attorney and the Clerk's Office at the Bristol Courthouse. The Clerk's Office informed me that the matter of Dante DeLoreto - arrested on April 28, 1999 - had been transferred to G.A. 15 on September 2, 2003. The Clerk's Office at the New Britain Superior Court informed me that a nolle was entered in the matter on October 21, 2003.

                              DEFENDANTS

                              By Office of Corporation Counsel

                              _____
                              Irena J. Urbaniak
                              Attorney for Defendants
                              Office of the Corporation Counsel
                              City of New Britain
                              27 West Main Street
                              New Britain, Connecticut   06051
                              Tel. (860) 826-3420
                              Federal Bar Number ct01322

CERTIFICATION

I hereby certify that on December 15, 2003, a copy of the above was mailed to all counsel of record and pro se parties:

Jon L. Schoenhorn, Esq.
97 Oak Street
Hartford, Connecticut   06106

Dante DeLoreto
33 Maxwell Drive
Wethersfield, Connecticut 06109

_____
Irena J. Urbaniak
Attorney at Law

-2-