UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE DeLORETO | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3-00-cv-1011 (JCH) |
| SEBASTIAN SPADA, ET AL | : | |
|     Defendants | : | DECEMBER 30, 2003 |

**RULING**

On October 29, 2003, plaintiff moved <u>pro se</u> to reopen this case [Dkt. No. 45]. It had been closed on June 12, 2003 by Order of this court, with the right to reopen on the conclusion of criminal proceedings then pending in state court, which criminal proceedings were the subject of this lawsuit.

At the court's request, defense counsel filed a status report which indicates that the criminal matter was nolled on October 21, 2003 [Dkt. No. 49]. In light of that action, the court grants the plaintiff's Motion to Reopen.

Defendants are directed to file any response to plaintiff's Motion to Amend to add "Schaffer" [Dkt. No. 48] no later than January 15, 2004. If defendants' attorney was not served, she is to advise the court of that fact.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 30th day of December, 2003.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge