UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE DeLORETO | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3-00-cv-1011 (JCH) |
| SEBASTIAN SPADA, ET AL | : | |
|     Defendants | : | DECEMBER 30, 2003 |

### ORDER

The Clerk is hereby directed to terminate Docket No. 47, which was docketed as a Motion for Hearing. The court scheduled a hearing for December 11, 2003, at which hearing the plaintiff did not appear.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 30th day of December, 2003.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge