CT/cvmhrg (January 10, 2002)

HONORABLE __HALL__
DEPUTY CLERK __BOROSKEY__   RPTR/ERO/TAPE __FINKELSTEIN__

TOTAL TIME: ___ hours __5__ minutes

DATE __12-91--03__   START TIME __11:15__   END TIME __1120__
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

__DELORETO__
vs.
__SPADA__

CIVIL NO. __00CV1011 JCH__
§
§                                         __NO SHOW__
§                                         Plaintiffs Counsel
§   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§                                         __F. URBANIAK__
§                                         Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing   ☐ (confmhrg.) Confirmation Hearing   ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing   ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing   ☐ (fairhrg.) Fairness Hearing   ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

**MOTION DOCUMENT NO.**

| | Doc # | Motion | granted | denied | advisement |
|---|---|---|---|---|---|
| ☑ | #36 | Motion TO W/D - SCHORNHORN | ☐ | ☐ | ☑ |
| ☐ | #45 | Motion TO REOPEN | ☐ | ☐ | ☑ |
| ☐ | #46 | Motion TO APPT COUNSEL | ☐ | ☐ | ☑ |
| ☐ | #47 | Motion FOR HRG | ☐ | ☐ | ☑ |
| ☐ | #48 | Motion TO AMEND | ☐ | ☐ | ☑ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ filed ☐ docketed (×10)

☐ Hearing continued until _____ at _____