#36

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DANTE DELORETO, | : | CIVIL ACTION NO. 3:00CV1011(JCH) |
| Plaintiff, | : | |
| V. | : | |
| | : | |
| SEBASTIAN SPADA AND GARY CHUTE | : | |
| Defendants. | : | MAY 23, 2002 |

### MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR PLAINTIFF

The undersigned counsel for the plaintiff Dante DeLoreto, pursuant to Rule 15 of the District of Connecticut Rules of Civil Procedure, hereby moves for permission to withdraw his appearance as counsel for the defendant in the above-captioned matter. In support hereof, the undersigned states as follows:

1. The attorney-client relationship has broken down irretrievably, and there has been a lack of necessary communication between the plaintiff and counsel, so that the undersigned believes that he can not render effective assistance to said plaintiff.

2. The undersigned believes that a conflict has developed and that it would be in the plaintiff's best interests to proceed with new counsel.

3. Recent pro se filings by Mr. DeLoreto indicate that he no longer wishes to be represented by this office.

WHEREFORE, the undersigned requests that this motion be granted.

THE PLAINTIFF– DANTE DELORETO

BY: _____
Jon L. Schoenhorn, Esq.
Federal Bar No. ct00119
JON L. SCHOENHORN & ASSOC.
97 Oak Street
Hartford, CT 06106
Tel. (860) 278-3500

*[Handwritten annotations: "Motion Granted. So Ordered." with date 10/31/03]*

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed and/or faxed, first class, postage prepaid, to the following counsel of record, this 23rd day of May 2002:

Irena J. Urbaniak, Esq.
Corporation Counsel's Office
27 West Main Street
New Britain, CT 06051

Dante DeLoreto
33 Maxwell Dr.
Wethersfield, CT 06109

_____
Jon L. Schoenhorn, Esq.