FILED

2004 JAN 13 P 12: 19

US DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANTE DELORETO<br>    Plaintiff | :<br>:<br>: Case No. 3:00cv1011 (JCH) |
| v. | :<br>: |
| SEBASTIAN SPADA<br>and GARY CHUTE<br>    Defendants | :<br>:<br>: January 12, 2004 |

NOTIFICATION

Pursuant to the Court ruling dated December 30, 2003, the defendants Sebastian Spada and Gary Chute, through their attorney, are notifying the Court that they have not been served plaintiff's Motion to Amend to add "Schaffer". (Dkt. No. 48).

DEFENDANTS

By Office of Corporation Counsel

_____
Irena J. Urbaniak
Attorney for Defendants
Office of the Corporation Counsel
City of New Britain
27 West Main Street
New Britain, Connecticut   06051
Tel. (860) 826-3420
Federal Bar Number ct01322

CERTIFICATION

I hereby certify that on January 12, 2004, a copy of the above was mailed to all counsel of record and pro se parties:

Jon L. Schoenhorn, Esq.
97 Oak Street
Hartford, Connecticut   06106

Dante DeLoreto
33 Maxwell Drive
Wethersfield, Connecticut 06109

_____
Irena J. Urbaniak
Attorney at Law