DeLoreto V Schaffer                    3:00CV1011(JCH)

Motion; Trial by Judge

Pro se Plaintiff originally calls for trial by Judge and should be granted, Defendant did not respond to original (intime) suit, for otherwise

On the 17th Day of January 2004

*[signature]*

FILED
2004 JAN 20  P 2:31
US DISTRICT COURT
BRIDGEPORT CT

Certification

This is to certify a copy of the enclosed motion was mailed to the following parties of record

Irene Urbanak
27 W Main
New Britain

USDC
Bridgeport

On the 17th Day of January 2004