UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB -2 P 3: 39

US DISTRICT COURT
BRIDGEPORT CT

DANTE DeLORETO
Plaintiff

v.

SEBASTIAN SPADA, ET AL

CIVIL ACTION NO.
3-00-cv-1011 (JCH)

FEBRUARY 2, 2004

## ORDER TO SHOW CAUSE

The plaintiff, Dante DeLoreto is hereby ordered to show cause why he should not be sanctioned for his failure to serve opposing counsel with his pleadings. Plaintiff has failed on many occasions, in this and other litigation he has been involved in, to serve copies of his numerous pleadings on opposing counsel. The court has previously advised him of his obligations in this regard.

Plaintiff must show cause at a hearing the court will hold on **FEBRUARY 26, 2004 at 11:00 a.m.** Failure to appear and show good cause for non-service (or to request to be excused from, or to postpone the hearing) will likely result in the entry of a monetary sanction against the plaintiff for his failure to comply with the rules and the court's orders. **SO ORDERED.**

Dated this 2nd day of February, 2004 in Bridgeport, Connecticut.

Janet C. Hall
United States District Judge