3:00CV 1011 (JCH)   DeLoreto V Chute etal

Motion: FRCP 56

FILED
2004 FEB -9 P 12:36

1. Plaintiff moves for Summary Judgement as a matter of law & Fact

2. Direct Verdict

3. Plaintiff is entitled to Relief

On the 7th Day of Febuary 2004

*(signature)*

## Certification

This is to certify that a copy of the enclosed motion was mailed first class to the following parties of record

USDC
Bridgeport CT

Irene Korboniak
27 W Main St
New Britain CT

*[signature]*