# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

FILED

2004 FEB -9 ⊃ 2: 23

US DIS...
D.RID...

Dante DeLoreto
Name of Plaintiff/Petitioner

v.

Case No. 300CV1011 (JCH)

Chute et al
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1.    Your full name: Dante James DeLoreto

Your present mailing address: 33 Maxwell Dr

Wethersfield Ct 06109

Telephone number: (860) 563-7686

2.    Are you presently employed? YES ___ NO ✓

3.    If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

_____

_____

Weekly earnings: _____

4.    If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _____

Ironworkers Phizer $ 18.00-19.00 1995 Sept

(Rev. 1/2/03)

Date last worked: _____ 9/95 _____

Weekly earnings: $ 720.00 _____

5. Approximately how much money have you received in the past twelve months in the form of:

a) salary, wages, commissions, or earned income of any kind? __ 0 __

b) interest, dividends, rents or investments of any kind? _____ 0 _____

c) gifts or inheritances of any kind? _____ 0 _____

6. How much money do you have in any checking or savings account(s)?

Checking: _____ 0 _____

Savings: _____ 0 _____

Prison account: _____ 0 _____

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)?   YES √  NO ___

If YES, describe the property and state the approximate value: _____

Car. $ 500.00 _____

_____

8. How much money do you owe others? __ 450000 __

For each debt, state the name of the creditor and the amount owed:

| CREDITOR | AMOUNT OWED |
|---|---|
| JC Penney | $ 400.00 |
| Visa | $ 1,500.00 |
| Orthopedic Doctor MRI | $ 1000.08 |
| Atty ;Norm Pattis | $ Figure Not Available |

9.  List the persons who depend upon you for support, and state your relationship to them.

Carolyn DeLoreto    Mother
80 years old

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed?  YES ___   NO ✓

If the answer is YES, please provide the following information for each such person:

Name: No

Relationship: _____

Employer: _____

Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _____

Sworn Affidavit Filed
Plaintiff Affides he can not afford Counsel

## NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _____

1983 Action Criminal Case Nolled

(Additional space on next page)

_____

_____

_____

_____

EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13.    Have you spoken with any attorney about handling your case?  YES ✓  NO __

14.    If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

a) Attorney's name  _Adam Teller    East Hartford_

Date you contacted this attorney  _2/7/02_

Method of contact (in person, by telephone, etc.)  _phone    pro bono list_

_____

Reason why attorney was not employed to handle your case _____

_Financial Reason_

_____

b) Attorney's name  _Jim Rotundo   Day Berry Howard_

Date you contacted this attorney  _phone    pro bono   list_

Method of contact (in person, by telephone, etc.)  _phone_

_____

Reason why attorney was not employed to handle your case _____

_To be discussed_

_____

| _Lebouf Lamb Green_ | _Murtha Culina Richter_ |
| _Levy Drowney_  4 | _Robinson Robinson Cole_ |
| _Pepe Hazard_ | |

c) Attorney's name _____ Lebuf Lamb, Green _____

Date you contacted this attorney _____ phone 2/1/04 _____

Method of contact (in person, by telephone, etc.) _____ phone _____
_____ Conflict _____

Reason why attorney was not employed to handle your case _____
_____ Conflict _____
_____

15.  Explain any other efforts you have made to obtain an attorney to handle your case.
Judge Hall plaintiff called ten (10)
Attorneys from the pro bono list
_____
_____
_____

16.  Please provide any other information which supports your application for the court
to appoint counsel. _____
The Case has merit
_____
_____
_____

17.  Do you need a lawyer who speaks a language other than English?
YES ____ NO ✓.

If you answered YES, what language do you speak? _____

5

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court.  See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed.  See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so.  I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

2/7/04
Date

_Dante DeLoreto_
Original Signature of Movant

_Dante DeLoreto_
Printed Name and Address of Movant

(Rev. 1/2/03)

6

If this motion is being filed AFTER the case is opened, the movant is required to serve all opposing parties or their attorneys and a certificate of service is required, showing all parties served and their addresses in accordance with LR5(b).  Failure to supply the certificate of service will result in the motion being returned to the movant, unprocessed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

_Urbaniak        New Britian_

_USDC Bridgeport_

_____

_____

_____

_____

_Damte Rahath_
Original Signature of Movant

(Rev. 1/2/03)

# Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

USDC
Bridgeport Ct

Irena Irbaniak
Corporate Council
27 W Main St
New Britan Ct

On the 7th Day of February 2004

*Dante DeRosa*