UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANTE DELORETO, | CIV. NO.: 3:00CV1011 (DJS) |
| Plaintiff, | |
| vs. | [JURY TRIAL DEMANDED] |
| SEBASTIAN SPADA AND GARY CHUTE, Defendants. | AUGUST 1, 2000 |

## AMENDED COMPLAINT

### I. Introduction

1. This is a civil rights complaint brought pursuant to 42 U.S.C. §§1983 and 1988, and the Connecticut Constitution and its common law for monetary relief, costs and fees for violations of the plaintiff's rights. In particular, the plaintiff claims that the two defendants, both municipal police officers acting under color of law, did violate his rights by illegally pursuing him, forcing his vehicle off the road, and then forcibly seizing and detaining him at gunpoint, without probable or other just cause, and all outside of their lawful jurisdiction. The plaintiff further claims that the defendants then falsely reported that the plaintiff committed motor vehicle violations so that he would be falsely and maliciously prosecuted in the Superior Court.

### II. Jurisdiction

2. Jurisdiction in this court is founded upon 28 U.S.C. §§1331 and 1343, as well as the first, fourth and fourteenth amendments to the United States Constitution. Supplemental jurisdiction for claims arising under the laws and constitution of the State of Connecticut is founded upon 28 U.S.C. §1367.

### III. Parties

3. The plaintiff, Dante DeLoreto, is a citizen of the United States of America and the State of Connecticut and at all relevant times resided in Wethersfield, Connecticut.

4. The defendants, Sebastian Spada and Gary Chute, were at all relevant times herein municipal employees of the City of New Britain, a duly incorporated municipality of the State of Connecticut, and serving as police officers for said municipality. Although they possessed no legal or statutory authority while outside of their jurisdiction, nevertheless they held themselves out as police officers. Each is sued in his respective individual capacity.

5. At all times relevant hereto, and in all their actions described herein, the defendants were acting jointly and severally, and in a conspiracy with one another, under color of State law, custom and regulation, and under color of their lawful authority as municipal police officers. Furthermore, each defendant had an affirmative duty to prevent violations of the plaintiff's civil and constitutional rights by others, including his co-defendant.

### IV. Facts:

6. On or about April 29, 1999, the plaintiff was operating his pickup truck on a public roadway in the City of Hartford when he observed a vehicle with dark-tinted windows pull in front of his truck and stop there, blocking his movement. After a number of minutes had passed, the plaintiff pulled around the vehicle, and made a constitutionally protected statement about the driving ability of the other driver.

7. This vehicle, which was not identifiable from its exterior as a police car, was being driven by Defendant Chute and accompanied by Defendant Spada, who was a front seat

passenger. Neither officer was in uniform nor did they display any visible identification or badge that would identify them as New Britain police officials.

8. After the plaintiff passed the defendants, they began to follow and chase after the plaintiff's vehicle, through the roads of Hartford and then Wethersfield. At no time on said date did the plaintiff operate his truck in the City of New Britain, which is the only community where the defendants could lawfully stop or arrest an individual for motor vehicle violations..

9. Fearing for his safety, the plaintiff fled from the defendants, who still did not identify themselves either in action or words as police officers, and who continued to chase the plaintiff with the tinted windows, which prevented the plaintiff from seeing inside.

10. After chasing the plaintiff through several different roads in Wethersfield, the defendants to stopped the plaintiff's truck on Lexington Street, removed him from his car and held him against his will at gunpoint, and seized his license, registration and insurance card.

11. Thereafter the defendants falsely reported to Wethersfield Police that the defendant was driving recklessly and erratically, despite their own threatening and reckless behavior, and based solely on their complaint, a Wethersfield Police Officer arrested the plaintiff for reckless driving, in alleged violation of Conn. Gen. Stat. § 14-222.

12. On a subsequent appearance in the Superior Court, the charge was nolled against the plaintiff, thereby resulting in a disposition in his favor.

13. At no time on April 28, 1999, did the defendants possess any lawful authority to engage in a motor vehicle pursuit, stop and detain the plaintiff at gunpoint, or seize his driving and motor vehicle registration documents in either the City of Hartford or the Town of

Wethersfield. The actions of the defendants violated Conn. Gen. Stat. § 54-1f as well as the state and federal constitutions.

14. At no time on April 28, 1999, were the defendants acting in the lawful performance of their duties, but instead were acting on a personal frolic in order to intimidate and/or harass the plaintiff for exercising his first amendment rights.

15. As a direct consequence of the defendants' actions, the plaintiff has suffered damages.

**V. First Cause of Action (42 U.S.C. §1983)**

16. The defendants' actions were unlawful, and violated one or more of the following well-established constitutional rights of the plaintiffs:

    a. The right not to be subjected to motor vehicle pursuits, threats and detention for having protested and criticized the defendant police officers;

    b. the right to be secure in one's person, vehicle and effects, and not to be subjected to warrantless searches and seizures by police officers acting without lawful authority outside of their own jurisdiction;

    c. the right not to be physically seized, detained or subjected to malicious and unjustified prosecution in the absence of either probable cause or reasonable suspicion that the individual has committed an offense; and

    e. the right not to be deprived of liberty without due process of law.

17. All of the aforementioned rights are secured to the plaintiff by the first, fourth, and fourteenth amendments to the United States Constitution, and Title 42 U.S.C. §§1983 and 1988.

## VI. Second Cause of Action (Connecticut Constitution)

18. Paragraphs 2 through 15 of the First Count of this amended complaint are hereby realleged and incorporated by reference, as if fully set forth herein.

19. The defendants' actions violated Article First, Sections 4, 5, 7 and 9 of the State Constitution.

## VII. Third Cause of Action (Connecticut Statutory and Common Law)

20. Paragraphs 2 through 15 of the First Count are hereby realleged and incorporated by reference, as if fully set forth herein.

21. The actions of the defendants constituted the torts of intentional infliction of emotional distress, malicious prosecution and false imprisonment, under the common law of the State of Connecticut.

22. The defendants violated Conn. Gen. Stat. § 54-1f.

## VIII. Claims For Relief

23. **WHEREFORE,** the plaintiff claims the following relief:

1. Assume jurisdiction over this action, including the supplemental state claims described herein;

2. Pay compensatory damages to the Plaintiff;

3. Pay punitive damages to the Plaintiff;

4. Award attorney's fees pursuant to 42 U.S.C. §1988 and Connecticut state law.

5. Award costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and Connecticut state law.

6. Grant such other and further relief as appears reasonable and just.

A jury trial is hereby requested.

Dated at Hartford, Connecticut this 1st day of August, 2000.

THE PLAINTIFF- DANTE DELORETO

By: _____
Jon L. Schoenhorn
Their Attorney
Fed. Bar.: ct00119
97 Oak Street
Hartford, CT 06106
Tel: 860-278-3500

## CERTIFICATION

      I hereby certify that a copy of the foregoing amended complaint was mailed, postage pre-paid this 1st day of August, to the following:

Irena J. Urbaniak, Esq.
Office of Corporation Counsel
27 West Main Street
New Britain, CT 06051

James N. Tallberg, Esq.
Updike, Kelly & Spellacy
P.O. Box 231272
Hartford, CT 06123-1272

                                                  Jon L. Schoenhorn

A:\DANTE.WPD

Office of the Clerk
United States District Court
450 Main Street
Hartford, CT 06103

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DANTE DELORETO           :
     Plaintiff          :
                         :
                         :   Case No. 3:00cv1011 (JCH)
     v.                  :
                         :
                         :
SEBASTIAN SPADA          :
and GARY CHUTE           :
     Defendants          :   October 4, 2000

ANSWER TO AMENDED COMPLAINT
DATED AUGUST 1, 2000

I. INTRODUCTION

1. As much of Paragraph 1 as states: "This is a civil rights complaint brought pursuant to 42 U.S.C. §§1983 and 1988, and the Connecticut Constitution and its common law for monetary relief, costs and fees for violation of the plaintiff's rights." is neither admitted or denied. The remainder of the Paragraph is denied.

II. JURISDICTION

2. Paragraph 2 is neither admitted or denied.

III. PARTIES

3. Paragraph 3 is neither admitted or denied.

4. As much of Paragraph 4 as states: "The defendants, Sebastian Spada and Gary Chute, were at all relevant times herein municipal employees of the City of New Britain, a duly incorporated municipality of the State of Connecticut, and serving as police officers for said municipality" is admitted. The remainder of Paragraph 4 is neither admitted or denied.

5. Paragraph 5 is neither admitted or denied, and the defendants leave the plaintiff to his proof.

IV. FACTS

6. Paragraph 6 is neither admitted or denied, and the defendants leave the plaintiff to his proof.

7. Paragraph 7 is neither admitted or denied, and the defendants leave the plaintiff to his proof.

8. Paragraph 8 is neither admitted or denied, and the defendants leave the plaintiff to his proof.

9. Paragraph 9 is neither admitted or denied, and the defendants leave the plaintiff to his proof.

10. Paragraph 10 is neither admitted or denied, and the defendants leave the plaintiff to his proof.

11. As much of Paragraph 11 as states: "Thereafter the defendants falsely reported to Wethersfield Police that the defendant was driving recklessly and erratically despite their own threatening and reckless behavior" is denied. The remainder of the Paragraph is neither admitted or denied, and the defendants leave the plaintiff to his proof.

12. Paragraph 12 is neither admitted or denied, and the defendants leave the plaintiff to his proof.

13. Paragraph 13 is neither admitted or denied, and the defendants leave the plaintiff to his proof.

14. Paragraph 14 is denied.

15. Paragraph 15 is neither admitted or denied, and the defendants leave the plaintiff to his proof.

V.  FIRST CAUSE OF ACTION (42 U.S.C. §1983)

16. Paragraph 16 is denied.

17. Paragraph 17 is neither admitted or denied, and the defendants leave the plaintiff to his proof.

VI. SECOND CAUSE OF ACTION (Connecticut Constitution)

18. The answers to paragraphs 2-15 of the First Count are hereby incorporated and made the answers to Paragraph 18.

19. Paragraph 19 is denied.

VII. THIRD CAUSE OF ACTION (Connecticut Statutory and Common Law)

20. The answers to paragraphs 2-15 of the First Count are hereby incorporated and made the answers to Paragraph 20.

21. Paragraph 21 is denied.

22. Paragraph 22 is denied.

VIII. CLAIMS FOR RELIEF

23. Paragraph 23 is neither admitted or denied, and the defendants leave the plaintiff to his proof.

SPECIAL DEFENSE

At all times mentioned herein, the defendants', Sebastian Spada and Gary Chute, actions involved the exercise of judgment or discretion for which they are protected by the doctrine of governmental immunity.

DEFENDANTS

By Office of Corporation Counsel

Irena J. Urbaniak
Attorney for Defendants
Office of the Corporation Counsel
City of New Britain
27 West Main Street
New Britain, Connecticut   06051
Tel. (860) 826-3420
Federal Bar Number ct01322

-4-

CERTIFICATION

I hereby certify that on October 4, 2000, a copy of the above was mailed to all counsel of record:

Jon L. Schoenhorn, Esq.
97 Oak Street
Hartford, Connecticut    06106

_____
Irena J. Urbaniak
Attorney at Law

-5-

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANTE DELORETO : | |
|     Plaintiff : | |
| : | Case No. 3:00cv1011 (JCH) |
| v. : | |
| : | |
| SEBASTIAN SPADA : | |
| and GARY CHUTE : | |
|     Defendants : | December 15, 2003 |

STATUS REPORT

Pursuant to the request of the Honorable Judge Hall of December 11, 2003, the undersigned contacted the Office of State's Attorney and the Clerk's Office at the Bristol Courthouse. The Clerk's Office informed me that the matter of Dante DeLoreto - arrested on April 28, 1999 - had been transferred to G.A. 15 on September 2, 2003. The Clerk's Office at the New Britain Superior Court informed me that a nolle was entered in the matter on October 21, 2003.

DEFENDANTS

By Office of Corporation Counsel

Irena J. Urbaniak
Attorney for Defendants
Office of the Corporation Counsel
City of New Britain
27 West Main Street
New Britain, Connecticut  06051
Tel. (860) 826-3420
Federal Bar Number ct01322

CERTIFICATION

I hereby certify that on December 15, 2003, a copy of the above was mailed to all counsel of record and pro se parties:

Jon L. Schoenhorn, Esq.
97 Oak Street
Hartford, Connecticut   06106

Dante DeLoreto
33 Maxwell Drive
Wethersfield, Connecticut 06109

_____
Irena J. Urbaniak
Attorney at Law

# NEW BRITAIN POLICE DEPARTMENT INCIDENT REPORT

| REPORT TYPE | PRP RPT SUBMITTED | FAM VIOL RPT SUBMITTED | CASE NO | UNIT CODE | DIVISION | DISPOSITION | RELATED CASE | PG 1 OF 3 | UCR CODE |
|---|---|---|---|---|---|---|---|---|---|
| State Attorney's Rpt | | | 99-16,645 | | | | | | |

| DATE REPORTED | TIME REPORTED | EARLIEST DATE | EARLIEST TIME | LATEST DATE | LATEST TIME | WEATHER |
|---|---|---|---|---|---|---|
| 04/28/99 | 1200 | | | | | |

| INCIDENT CODE | INCIDENT TYPE | IF JUVENILE PARENTS NOTIFIED BY OFFICER # | CONTRIBUTING FACTORS | Alcohol / Drugs | Mental | Domestic |
|---|---|---|---|---|---|---|
| 086 | Suspicious Circumstances | | | | | |

| LOC OF INCIDENT | STREET | APT | FLOOR | LOC TYPE | ETHNICITY |
|---|---|---|---|---|---|
| | Lexinton Street, Wethersfield, Conn | | | | NH - NON-HISPANIC |

NAME TYPE (PERS/BUSN): Y-ACCUSED P-PEDESTRIAN C-COMPLAINANT I-INTERVIEWED J-JUVENILE O-ALIAS S-SUSPECT B-BUSINESS V-VICTIM X-OTHER W-WITNESS
RACE: W-WHITE B-BLACK I-AMERICAN INDIAN A-ASIAN

| TYPE | LAST | FIRST (M.I.) | SEX | AGE | DOB | RACE | ETHN | NUMBER | STREET | APT | CITY | ST | PHONE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | Spada/Chute | Det's | | | | | | | New Britain Police Department | | New Britain | CT | 826-3000 |
| C | Whaples | Ofc. | | | | | | | Wethersfield Police Department | | Wethersfield | CT | 721-2900 |
| A | Deloreto | Dante S. | M | 36 | 10/27/62 | W | NH | 33 Maxwell Drive | | | Wethersfield | CT | Unkn |

## SUSPECT(S)

| SUSP | HT | WT | HAIR CLR | EYES | COMPLEXION | SEX | AGE | DOB | RACE | ETHN | DESCRIPTION - COMMENTS - DISTINGTIVE FEATURES - MV REG - CLOTHING |
|---|---|---|---|---|---|---|---|---|---|---|---|

| ADULT JUVENILE | LOC OF ARREST | NO | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

## OFFENDER 1

| ARREST DATE | ARREST TIME | OFFENDER (FIRST, LAST) | | | | | | | | | STREET | APT | CITY | SSN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| ARREST NO | HT | WT | HAIR CLR | EYES | COMPLEXION | SEX | AGE | DOB | RACE | ETHN | DESCRIPTION - COMMENTS - DISTINGTIVE FEATURES - MV REG - CLOTHING |
|---|---|---|---|---|---|---|---|---|---|---|---|

| CHARGE 1 | STATUTE | CHARGE 2 | CODE | STATUTE | CHARGE 3 | CODE |
|---|---|---|---|---|---|---|

| MARITAL STATUS | EMPLOYED BY | OCCUPATION | MV REG | ST | OPER LICENSE NO | BOOKED BY | OIC/JAILER |
|---|---|---|---|---|---|---|---|

## OFFENDER 2

| ARREST DATE | ARREST TIME | OFFENDER (FIRST, LAST) | | | | | | | STREET | APT | CITY | SSN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| ARREST NO | HT | WT | HAIR CLR | EYES | COMPLEXION | SEX | AGE | DOB | RACE | ETHN | DESCRIPTION - COMMENTS - DISTINGTIVE FEATURES - MV REG - CLOTHING |
|---|---|---|---|---|---|---|---|---|---|---|---|

| CHARGE 1 | STATUTE | CHARGE 2 | CODE | STATUTE | CHARGE 3 | CODE |
|---|---|---|---|---|---|---|

| MARITAL STATUS | EMPLOYED BY | OCCUPATION | MV REG | ST | OPER LICENSE NO | BOOKED BY | OIC/JAILER |
|---|---|---|---|---|---|---|---|
| | | | CT 16C317 | | 224190188 | | |

| SUSP NAMED | SUSP DESC AVAIL | ID OF SUSP POSSIBLE | CRIME PROB TRACEABLE | MV REG DESC KNOWN | ID# | MO PATTERN I.D. | PHYSICAL EVID TRACEABLE | SUSP FINGERPRINTED/OBTAINED | OTHER SUSP DATA AVAIL | ID# |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ✓ | | 258 | | | | | 193 |

| INVESTIGATOR | AFFIDAVIT STATEMENT Subscribed & Sworn To Before Me This | SUPERVISOR OR NOTARY PUBLIC |
|---|---|---|
| Det. Sebastian Spada 258 | 04/29/99 | Sgt. S. Ferraro |

COPY

*ght 1996 Hanahan Computer Designs LLC

# NEW BRITAIN POLICE CONTINUATION REPORT

| REPORT TYPE | DATE REPORTED | INCIDENT TYPE | CASE NO | PG | OF |
|---|---|---|---|---|---|
| State Attorney's Rpt | 04/28/99 | Suspicious Circumstances | 99-16,645 | 2 | 3 |

That on 04/28/99 at approx. 1200 hours, Det., Chute and I were in the town of Hartford while attempting to locate a burglary suspect at #109 Wethersfield Ave. Upon leaving that location Det. Chute and I were driving south bound on Wethersfield Ave. when at some point on that road, A Black colored Nissan pickup truck passed us at a high rate of speed on the right. The driver of the vehicle, later identified as the accused, Deloreto, made some type of gesture to Det. Chute and I but we were unsure of what it was. We soon came up to a stop light where the pickup was in the lane to the right of us and the vehicle directly adjacent to us. At this point the driver began to stare and make some more gestures to us as if he were upset about something. He was using his hands and saying something but we could not hear him nor did we pay any attention to him. When the light turned green the vehicle took off at a high rate of speed cutting our vehicle off, making a sudden lane change directly in front of our vehicle, causing Det. Chute who was operating our car to make a sudden abrupt stop. At this point I attempted to run the vehicles plate through NCIC, using the MDT in our vehicle. The operator then began to speed away from us making another two unsafe lane changes, abrutley changing lanes without giving any proper signal and cutting off another vehicle while traveling fast. Det. Chute and I followed the vehicle while we waited for the vehicle information to come back.

At this point we were approaching another red light at a four way intersection at the Silas Dean Highway, now in Wethersfield when the operator made another unsafe lane change again changing lanes without giving any proper signal, cutting off a tan colored Ford Expedition that was traveling in the right most lane. The operator took a right hand turn at this intersection and then made several turns onto some side streets that were unfamiliar to Det. Chute and I.

While on these side streets the operator began to speed up then slow down while making gestures to us. He then stopped in the middle of the road, yelling to us, " what the fuck is your problem ?", as he stuck his head out of the rear window. At some point the operator made a right hand turn onto what I noted as Lexington Street then drove straight a short distance before stopping and pulling off to the side of the roadway.

Det. Chute and I then walked up to the vehicle and identified ourselves as New Britain Police Officers and asked to see the accused's Drivers License, Registration and Insurance paperwork. The accused complied and produced the documents. The accused was asked to wait in his vehicle until we returned. We found the accused to be Dante Deloreto, DOB 10/27/1962, of Wethersfield, CT. Det. Chute called New Britain dispatch to advise them of the situation and asked to have a Wethersfield Police Unit respond.

| INVESTIGATOR | | AFFIDAVIT STATEMENT | SUPERVISOR OR NOTARY PUBLIC | INV |
|---|---|---|---|---|
| Det. Sebastian Spada 258 | 258 | Subscribed & Sworn To Before Me This 01/29/99 | Sgt. [signed] | 193 |

# NEW BRITAIN POLICE CONTINUATION REPORT

| REPORT TYPE | DATE REPORTED | INCIDENT TYPE | CASE NO | PG | OF |
|---|---|---|---|---|---|
| State Attorney's Rpt | 04/28/99 | Suspicious Circumstances | 99-16,645 | 3 | 3 |

COPY

While waiting for Wethersfield to arrive I explained to the accused the reason for asking him to produce his M.V. paperwork. The accused became belligerent, stating that his sister worked for the New Britain Court System and the the Judge was his friend. The accused stated that both Det. Chute and I would pay for this and that he would have this matter "Taken Care Of". A short while later, Ofc. Whaples from Wethersfield P.D. arrived and Det. Chute and I explained to him what we had observed regarding the M.V. violations. Ofc. Whaples consulted with his supervisor and based on our observations stated that he would issue a Misdemeanor summons to the accused for the charge or Reckless Driving, in violation of Conn. Gen. Statutes 14-222.

While speaking to Ofc. Whaples, he informed us that this type of behavior is common for Deloreto as their department has encountered him in the past with similar types of complaints and that he has been arrested numerous times for domestic and motor vehicle complaints in their town.

Ofc. Whaples stated that the summons was issued under Wethersfield **Case # 99-04-1986**
No futher action by Det. Chute and I.
End.

| INVESTIGATOR | ID# | AFFIDAVIT STATEMENT Subscribed & Sworn To Before Me This | SUPERVISOR OR NOTARY PUBLIC (Signed) | ID# |
|---|---|---|---|---|
| Det. Sebastian Spada 258 | 258 | 04/29/99 | | 193 |

Copyright 1996 Hanahan Computer Designs LLC