## Motion; FRCP 9

1. Plaintiff claims averment of Intentional Fraud with malice intent and Knowledge

2. Plaintiff pleads with particularity False Misrepresentation, Intentional Omission of Material Fact

3. Trboniak, Schoenhorn, Tallberg decieved Judge Janet Hall to obtain a adverse effect by adding Ficticious Defendants

4. Plaintiff Pleads Special Damages

On the 7th Day of Febuary 2004

*[signature]*

Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

USDC
Bridgeport Ct

Irena Trboniak
27 W Main St
New Britan Ct

On the 7th Day of Febeary 2004

Dante Rotan