3:00CV1011 (JCH)          DeLoreto V Chute etal
                                    Schaffer etal

Motion; Plantiff Complaint to Second Circuit

1. Irena Trboniak lied to Judge Hall in her Feb. 5 2004 motion and signed her name

2. The Police report says the Wethersfield Officers were **Schaffer** and **Power**

3. In Fact Power & Schaffer gave elaborate statements

4. Power statement was the talk of the Criminal Court, **Nolled** !!

Dante DeLoreto

# Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

USDC
Bridgeport Ct

Irena Urbaniak
27 W. Main St
New Britian Ct

On the 7th Day of Febuary 2004

*[signature]*