UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| DANTE DELORETO,<br>Plaintiff | : | 2004 FEB 12  P 12: 06 |
| vs. | : CIVIL ACTION NO.<br>: 3-00-cv-1011 (JCH) | |
| SEBASTIAN SPADA, ET AL,<br>Defendants. | : FEBRUARY 10, 2004 | |

### MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR PLAINTIFF

The undersigned counsel for the plaintiff, Dante DeLoreto, hereby moves for permission to withdraw his appearance. In support hereof, the undersigned states as follows:

1. If I filed an appearance, it was filed so I could assist Jon L. Schoenhorn, whose firm the plaintiff retained. At the time of any such filing, I was an associate attorney with Jon L. Schoenhorn & Associates.

2. On January 2, 2004, I opened my own practice in Gales Ferry, Connecticut, and have not been an associate of Jon L. Schoenhorn & Associate since.

3. My firm has not been retained to represent the plaintiff, Dante DeLoreto.

WHEREFORE, the undersigned requests that this motion be granted.

THE PLAINTIFF,

By _____
T.J. Morelli-Wolfe
Fed. Bar No. ct22688
Law Office of T.J. Morelli-Wolfe, P.C.
1663 Route 12
P.O. Box 413
Gales Ferry, CT 06335
Tel. (860) 464-6000
Fax. (860) 464-6003

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the date of this pleading to the following counsel of record:

Dante DeLoreto
33 Maxwell Drive
Wethersfield, CT 06109

Jon L. Schoenhorn
97 Oak Street
Hartford, CT 06106

Irena Jadwiga Urbaniak
Corporation Counsel's Office
City of New Britain
27 West Main Street
New Britain, CT 06051

                                             T.J. Morelli-Wolfe