300CV1011 [JCH] DeLoreto V Chute et al

Motion; FRCP 8

FILED
2004 FEB 17 P 12:54
US DISTRICT COURT
BRIDGEPORT

1 Plaintiff formally satisfys "notice" of pleading in this claim for Relief

2 Plaintiff makes demand for judgement against all defendants and future named defendants in case 300CV1011 [JCH] in the amount of $80,000.00 ¢ Eighty thousand dollars zero cents American Currency.

3 Plaintiff claims in particular relief for "Special Damages" duress, Intentional Infliction of Emotional Distress.

4 Criminal Case Nolled

On the 12th Day of February 2004

Dante DeLoreto

# Certification

This is to Certify that a copy of the enclosed motion was mailed to the following parties of record

Irena Urbaniak
27 W Main St
New Britian Ct

USDC
915 Lafayette Blvd
Bridgeport Ct

On the 12 Day of February 2004

Damte Rehall