300CV1011 [JCH]   Deborah V Chute et al

Motion; FRCP 9

FILED
2004 FEB 17 P 12:54

1. Plaintiff avers with supporting particulars that offical documents were altered

2. Plaintiff claims Intentional Fraud with malice, causing severe Emotional Distress by false misrepresentation and omission of material fact by a Fradulent Police Report, February 5 2004

3. Defendants have knowledge knowing Statement about defendants is false

4. Plaintiff claims special Damages of Emotional Distress, Punitive Damages in the amount of $80,000.00 Eight thousand Dollars.

On the 12th Day of February 2004
                              Dante Deboul

# Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

USDC
Lafayett Blvd
Bridgeport

Xrena Yrbanol
27 W Main St
New Britain Ct

On the 12th Day of February 2004

*[signature]*