Deloreto V Chute et al

3:00CV 1011 (JCH)

## Motion; Summary Judgement

1. Plaintiff moves to Summary Judgement based on the fact that Irena Irbaniak made Intentional False Misrepresentations to Judge Hall in her latest February 5 2004 Motion, Defendents "Motion; For Summary Judgement"

2. Irbaniak Intentionally misrepresents the true Idenity of the defendants "Last Page, New Britan Police Reports"

3. Plaintiff is entitled to Summary Judgement.

On the 12th Day of February 2004

Dante Deloreto

# Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

USDC
Bridgeport

Trena Urbanus
27 W Main St
New Britain CT

On the 12th Day of February 2004

*[signature]*