DeLoreto V Shute
Shaffer

RECEIVED
FEB 09 2004

Motion; Summary Judgement

1. Irena Irbaniak switched police reports

2. Plaintiff has a different police report

HA HA HA HA

On the 7th Day of January 2004

(correction)[cc]            Dante DeRolte

## Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

USDC
Lafayette
Bridgeport

Irena Tebanicek
27 W Main St
New Britain Ct

On the 7th Day of Febuary 2004

*[signature]*