3:00cv1011 (JCH) DeLoreto V Schaffer
Shute

RECEIVED
FEB 0 9 2004

Motion; Impeach Urbaniak

1. Urbaniak is a <u>liar</u>
2. Whapples was never there
3. Plaintiff has Original summons signed by <u>Schaffer</u>

Ha Ha Ha Ha Ha Ha
Ha Ha Ha Ha Ha Ha

On the 7th Day of Febuary 2004

Dante DeLoreto

# Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

USDC
Bridgeport Ct

Irena Urbaniak
Corporate Council

Jon Schoenhur          Judge Covello
Jim Tallberg           450 Main St
                       Hartford Ct

On the 7th Day of Febuary 2004

[ cc ]                 Dante DeLoreto