# Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

USDC
Lafayette Blvd
Bridgeport

Irena Urbaniak
27 W Main St
New Britain Ct

On the 18th Day of February 2004

Dante DeLoreto

2004 FEB 20 P 1:15

RECEIVED
FEB 09 2004

Irbaniak, Schoenhorn

Grievance Committee;

"Schoenhorn" Plaintiff

1 Irena "Irbaniak" defense counsel in case 300CV1011(JCH) made Intentional false misrepresntations to judge Hall by claiming a substitute defendant was at the scene

2 Plaintiff enclosed origonal summons signed by Schaffer badge (690) enclosed

3 Schaffer sued the Wethersfield Police Dept 2 (two) times for sexual harassment

4 Schaffer is trying to be excluded by Irbaniak and Schoenhorn

5 Schoenhorn Represents Schaffer

On the 6th Day of February 2004

Dante DeLoreto
33 Maxwell Dr
Weth. Ct 06109

Dante DeLoreto

300CV 1011 (JCH)

The Hartford Courant (1991-Current)

Edit Search Help Home

Record 1 of 3 E-Mail Text Only Display List Next

Schaffer

Hartford Courant, The (CT)

April 5, 2002

Exhibit Y

# FEMALE OFFICER FILES COMPLAINT
## CHARGES POLICE DEPARTMENT WITH AGE, GENDER DISCRIMINATION

Author: TRISH DAVIS; Courant Staff Writer

Edition: 7 SPORTS FINAL
Section: CONNECTICUT
Page: B3
Dateline: WETHERSFIELD

Estimated printed pages: 2

Nolle
Rep WPD
Grievance
2nd Circuit

Article Text:

The town's first female patrol officer has filed a discrimination complaint against the **police** department, saying she has been verbally mistreated for more than 20 years and punished because of her age and gender.

The officer, Marlene Schaeffer, 54, filed the complaint with the state Commission on Human Rights and Opportunities last month. Much of the complaint is directed toward her supervisor, Lt. James Mull.

Mull and **Police** Chief John Karangekis did not return phone calls Thursday. Town Attorney Duncan Forsyth declined to comment on details of the complaint, saying only that he was preparing a response to the commission.

Schaeffer, who is on medical leave, also did not return a phone call. But in her complaint affidavit, Schaeffer alleges that Mull repeatedly made his prejudices against her known after she became the first woman to join the **Wethersfield** force, in 1975.

``It would not be inaccurate to state that Mull made plain his distaste for female **police** officers," the affidavit states. ``Mull would routinely make derogatory statements about female **police** officers. ... In addition to verbal discriminatory conduct, Mull also subjected me to other forms of gender-based harassment."

Schaeffer said that when Mull was a patrol officer, he placed a pornographic magazine in her locker. In recent years, she said, Mull ridiculed her about her age, at times referring to her as ``old wood" or ``dinosaur."

Additionally, Schaeffer alleges that she recently was reassigned from the post of evidence officer and denied training opportunities and an exchange of shift because she confronted Mull.

According to the complaint, Schaeffer complained to Karangekis in November 2001. In a written response two months later, Karangekis said Schaeffer's allegations prompted an investigation, in which he interviewed 10 female employees, including dispatchers, office staff and sworn officers, according to a document attached to the complaint.

``All female employees expressed surprise and all reported that they considered Lieutenant Mull a gentleman and a professional supervisor," Karangekis wrote, according to the document. ``None of the female employees felt that [Mull] was demeaning or disrespectful to women."

According to the document, Karangekis also says Mull ``was not retaliatory in making reassignments ... many of his actions ... were initiated at my instructions and had been forecasted since June 2001."

The town has 45 days to respond to the commission. The commission then will determine whether an investigation should be launched.

Copyright (c) 2002 The Hartford Courant Co.
Record Number: 0204050373

E-Mail Text Only Display List Next

300 CV 1011 (JCH)

DeLoreto V Schaffer
Schute

MISDEMEANOR/M.V. SUMMONS & COMPLAINT
STATE OF CONNECTICUT SUPERIOR COURT
JD-CR-1 REV. 5-94
NO. MA- 287880

DOCKET NO. CR MV

The undersigned officer makes complaint that:

ON (Mo., day, year): 04/28/99
AT (Time, A.M. or P.M.): 1255 hrs
DEPARTMENT CASE NO.: 99-04-1986

NAME (Last) (First) (Initial): Deloreto, Dante, J.

ADDRESS (No. and Street) (City) (State): 33 Maxwell Dr. Wethersfield CT

OFFENSE TOWN AND CODE: Wethersfield 159
SOCIAL SECURITY NO.: unknown (RTA)
DATE OF BIRTH (Mo., day, yr.): 10/22/62

SEX: M
RACE: W
EYES: Brown
HAIR: Blk
HEIGHT: 5-10
WEIGHT: 180

DRIVER'S LICENSE (No.) (State): 224190188 CT
ICC/DOT NO. (Circle one): —

REGISTRATION NO.: 16C317
STATE: CT
BODY STYLE: P/U
MAKE: Nissan
YEAR: 98

OWNED BY (Last) (First) (Initial): Deloreto, Lewis

ADDRESS (No.) (Street) (City) (State): 33 Maxwell Dr. Wethersfield CT

ON (Street or highway; if intersection, specify): Silas Deane Hwy / Franklin/Fenton
COMMERCIAL/HAZ. MAT.: ☐ CDL ☐ CV ☐ HM

Did commit the following MISDEMEANOR(S) AND/OR VIOLATIONS:

| OFFENSES (In speeding, give both speed and posted limit) | STAT. OR ORD. NO. |
|---|---|
| 1. Reckless Driving | 14-222 |
| 2. | |

INCARCERATED: ☐ YES ☒ NO
FINGERPRINTS: ☐ YES ☒ NO
BOND: W.P.T.A.

SIGNED (Officer): [signature]
POLICE DEPARTMENT: Wethersfield
SHIELD NO.: 690

COURT APPEARANCE IS REQUIRED
ON (Mo., day, year): 05/12/99
AT: 10:00 A.M.

ADDRESS OF COURT: 20 Franklin Sq. New Britain

I promise to appear in court as scheduled above and to comply with the conditions of release stated on the back of this form. I have read/had read to me the notice on the back of this form and I understand it.

SIGNED X [signature]
DATE ISSUED: 04/28/99

POLICE

Schafer →

← Badge 690

300 CV 1011 (JCH)