Motion; Extension of Time **FILED**

1. Plaintiff would be very grateful for an extension of Ninety Days [90] to answer to a February 5 2004 Motion by defendant

2. Plaintiff $ have an attorney who is going to produce conflicting police reports criminal - Civil

3. Extension of time for Grievance Committee decision

On the 26th Day of February 2004

*Dante Deloreto* (signature)

Dante Deloreto
33 Maxwell Dr
Wethersfield Ct 06109

FILED 2004 FEB 27 P 1 56
US DISTRICT COURT
BRIDGEPORT CT

Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

USDC
915 Lafayette Blvd
Bridgeport Ct 06604

Irena Urbaniak
27 W Main St
New Britan Ct

On the 26th Day of February 2004

*Dante [signature]*