DeLoreto V Chute                    3OOCV 4O11[JCH]

Motion; Compel Information   **FILED**

1. The main defendant in Case 3OOCV 4O11, Chute, according to The Hartford Courant and New Britain Herald [Newspapers] Chute has been planting Evidence on numerous different Indiviguals [seperate cases]

2. Irboniak should give complete details

3. The FBI In New Haven arrested several New Britain Police for Shaking down minorities In Hartford, Hartford, Hartford

4. Dont Forget Power, Schaffer please

On the 5th Day of March 2004
33 Maxwell Dr With Ct 06109      Dante DeLoreto

Certification

This is to certify a copy of the enclosed motion was mailed to the following parties of record

USDC
Bridgeport Ct

[JCH]

Corporation Counsel
27 W Main St
New Britian Ct 06050

On the 5th Day of March 2004

Dante DePerez

*[Handwritten annotations: "Different Article!!", "3/5/04", and on article "March 5 2004"]*

# Civil Rights Violated, Suit Says

**By KATIE MELONE**
COURANT STAFF WRITER

NEW HAVEN — A New Britain man who charges that Newington and New Britain police violated his civil rights when they investigated a minor motor

## NEWINGTON/NEW BRITAIN

vehicle accident and arrested him in 2002 is suing both municipalities and their police departments in federal court.

Roy Manzie, 57 an African American, alleges in the suit that white police officers caused him emotional and physical distress when they arrested him and searched his Mead Street home and his car on Nov. 30, 2002.

He said the officers, "motivated by the plaintiff's race" searched his home and car without permission or probable cause.

The 11-page lawsuit was filed Feb. 23 in U.S. District Court in New Haven. The lawsuit does not specify the names of the officers whom Manzie is suing.

His attorneys, Marco D'Occhio and Owen P. Eagan, both of West Hartford, declined to comment on the case. So did Peter J. Boorman, the Newington town attorney. No one in New Britain's corporation counsel office could be reached for comment Friday.

Manzie was charged with evading responsibility and failure to drive in a proper lane. The evading charge was dropped in court. Manzie pleaded guilty to the second charge only because he was intimidated and could not afford to miss another day of work for his court case, his suit states.

The accident was minor, the lawsuit states. Manzie's car struck a telephone pole on the south side of Kelsey Street after a car in front of him suddenly

PLEASE SEE **LAWSUIT**, PAGE B4

*[Partial text from adjacent column, fragments only:]*

"...going anywhere. You just...back at the bottom and you work your way back up again."

...NT
n-
ti-
a-
e
ct
in

y
ne
in
nd
43-

er-
ty's

SE B4

t

urt alleg-
d Melissa
g rules by
nnel in a

similar
en years
was dis-

e she has
se that al-
dogs for

mplied,"
ng us for
different

regula-
02. Peck
king the
he law-

ions in
order
first
erior