UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE DELORETO | : | |
|     Plaintiff | : | |
| | : | Case No. 3:00cv1011 (JCH) |
| v. | : | |
| | : | |
| SEBASTIAN SPADA | : | |
| and GARY CHUTE | : | |
|     Defendants | : | March 11, 2004 |

OBJECTION TO PLAINTIFF'S MOTION TO COMPEL INFORMATION

    The defendants, Sebastian Spada and Gary Chute, respectfully object to plaintiff's motion to compel information. The plaintiff in his amended complaint dated August 1, 2000, alleges that the defendants violated his rights by pursuing him, forcing his vehicle off the road, seizing and detaining him at gunpoint and then falsely reporting that the plaintiff committed motor vehicle violations.

    The plaintiff is now requesting information regarding defendant Chute that "according to the Hartford Courant and the New Britain Herald Chute has been planting evidence on numerous

individuals". In addition that the "FBI in New Haven arrested several New Britain Police for shaking down minorities".

This information is irrelevant to the pending lawsuit. It is only requested to harass the defendants. In addition, the defendants are unaware of the allegations that the plaintiff is making in his motion to compel.

        DEFENDANTS

        By Office of Corporation Counsel

        _____
        Irena J. Urbaniak
        Attorney for Defendants
        Office of the Corporation Counsel
        City of New Britain
        27 West Main Street
        New Britain, Connecticut  06051
        Tel. (860) 826-3420
        Federal Bar Number ct01322

CERTIFICATION

I hereby certify that on March 11, 2004, a copy of the above was mailed to the pro se plaintiff:

    Dante DeLoreto
    33 Maxwell Drive
    Wethersfield, Connecticut 06109

        _____
        Irena J. Urbaniak
        Attorney at Law