DeLoreto V Chute

3:00CV1011 [JCH]

Motion, Irbaniak is lying Again

**FILED**
2004 MAR 16 P 1:05
US DISTRICT COURT
BRIDGEPORT, CONN

1. Plaintiffs criminal <u>A</u> a <u>Former</u> <u>New Britian Police Captian</u> knows all about Chute planting evidence, And the Newspaper Article

2. Plaintiffs Criminal Attorney a <u>Former</u> <u>New Britian Police Captian</u> knows All about the New Britian Police being arrested by the <u>FBI</u> for harrasing people in Hartford between [1998-2000]

3. Plantiff was arrested in 1999 in Hartford by New Britian Police, Relevant

On the 11th Day of March 2004

David DeLoreto

Certification

This is to certify a copy of the enclosed motion was mailed to the following parties of record

USDC
Lafayette Blvd
Bridgeport

Irena Urbaniak
27 W Main St
New Britain Ct

On the 11th Day of March 2004

[signature]