Deforest V Chute   300CV 1011 [JCH]

Motion; Information is Filed

FILED
2004 MAR 16  P 1:05
US DISTRICT COURT
BRIDGEPORT, CONN

1. Fact, The FBI in New Haven arrested <u>several</u> New Britian Police Dept members for Harassing people in <u>Hartford</u>, <u>Hartford</u>, <u>Hartford</u> [98-2000]

2. Fact, Chute has been planting evidence on Indiviguals, In Fact Plaintiffs criminal lawyer spoke to the criminal prosecutor about Newspaper article [Whole page Article]

3. If Chute does not remember whole page article and [5] Day trial, he is a liar like his attorney

On the 11th Day of March, 2004

Dante Deforest

Certification

This is to certify a copy of the enclosed motion was mailed to the following parties of record

USDC
Lafayette Blvd
Bridgeport CT

Irena Urbaniak
27 W Main St
New Britian CT

On the 11th Day of March 2004

*[signature]*