Motion; Chronic liar Syndrome

1) Judge Hall, Your Honor Chronic liars Syndrome is what we are dealing with here

2. Chute heres an adult man an <u>Officer</u> who had his name on the front page of every local Newspaper In a case that went to trial in about September of 2003 with media coverage

3 Yet claims in March 11 of 2004 in a motion by his Attorney that he has no memory of this Incident On the 11th Day of March 2004

FILED
2004 MAR 16 PM 2:05
U.S. DISTRICT COURT
BRIDGEPORT. CONN

Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

USDC
Bridgeport

Irena Urbaniak
27 W Main St
New Britain C

On the 11th Day of March 2004

[signature]