DeLoreto V Chute                    3OOCV 1011 [JCH]

Motion; Chronic liar Syndrome

FILED
2004 MAR 16 P 1:05
U.S. DISTRICT COURT
BRIDGEPORT CONN

1. Your Honor, Judge \_\_\_\_\_ Plaintiff feels the Federal Court should take action or refer case to someone who can take action for people engaged in deciet

2. Chute here is an adult male who is a police officer, who made the front page of every local paper, went through a trial covered by the media in about September of 2003

3. And Yet in March // of 2004

through his Attorney in the last <u>two sentences</u> of his March 11 2004 motion Claims he denies the Situation and has no knoledge of this Situation

4 Judge Hall Your Honor plaintiff cannot keep up with the Vantastic liars and I am asking the Federal Court to Impose Sanctions or take appropriate action On the 11th Day of March 2004

Dante DeLoreto

Dante DeLoreto
33 Maxwell Dr
Weth. Ct 06109

# Certification

This is to certify a copy of the enclosed motion was mailed to the following parties of record

USDC
Lafayette Blvd
Bridgeport

Irena Tobiniak
27 W Main St
New Britain CT

On the 11th Day of March 2004

*[signature]*