DeLoreto V Chute                                3:00CV1011[JCH]

Motion; Chronic liars Syndrome

FILED
2004 MAR 16 P 1:05
U.S. DISTRICT COURT
BRIDGEPORT, CONN

1. Judge Hall, Your Honor, Plaintiff feels Chute and Irboniak are not capable of telling the truth, Chronic liars have the same problems

2. Chute here is a man who made the Front page of every local paper, and went to trial but claims in a March JJ motion he has no recollection, Vantastic

On the JJ<sup>th</sup> Day of March 2004

                                    [signature]

# Certification

This is to certify a copy of the enclosed motion was mailed to the following parties of record

USDC
Bridgeport Ct


Irena Urbaniak
27 W Main St
New Britain Ct

On the 11th Day of March 2004

Dant [signature]