DeLoreto v Chute                                    3:00CV1011[JCH]

Motion, Stop Action

1. To many lies
2. Irboniak the Vantastic liar is so distorted and tells so many lies that Irboniak probally dosent even know the truth
3. Irboniak denies the "Chute" and the "FBI" Issues
4. Let Irboniak tell the FBI that never happened in Hartford On the 11th Day of March 2000 4

**FILED**
2004 MAR 16 P 1:05
U.S. DISTRICT COURT
BRIDGEPORT, CONN

[signature]

Certification

This is to certify a copy of the enclosed motion was mailed to the following parties of record

USDC
Bridgeport

Irene Irbaniak
37 W Main S
New Britn Ct

On the 11th Day of March 2004