DeLoreto V Chute

3:00CV1011[JCH]

# Motion; Stop Action

**FILED**
2004 MAR 16 P 4:05
U.S. DISTRICT COURT
BRIDGEPORT, CONN

1. Plaintiff demands the Court Stop this action Immediatly

2. Irboniak claims there is no record of New Britian Police Officers being Arrested by the FBI off New Haven for harassing people In Hartford between [1998-2000]

3. Plaintiff was Arrested In Hartford by New Britian Police

4. The Freedom of Information Located in the FBI Building will Jog Irboniaks memory.

On the 15th Day of March 2004

Dante DeLoreto

Certification

This is to certify a copy of the enclosed motion was mailed to the following parties of record

USDC
Lafayette Blvd
Bridgeport CT

Irena Irbenick
17 W Main S
New Britha Ct

On the 11th Day of March 2004