Deloreto V Chute

Motion; Examine lies

1. The lies continue
2. The Plaintiff cannot keep up with the Vantastic liars
3. The Freedom of Information run by the FBI have something that will Jog Irbaniak memory about New Britian Police harassing people in <u>Hartford</u>
4. Plaintiff was harassed in Hartford by the New Britian Police, Arrested That is <u>Important</u> On the 11th Day of March 2003

Dante Deloreto

## Certification

This is to certify a copy of the enclosed motion was mailed to the following parties of record

USDC
Lafayette
Bridgeport

Irene Tohanik
29 W Main St
New Britain Ct

On the 17th Day of March 2004

[signature]