Danto V Chute                                    3:00cv1011[JCH]

Motion; Examine Irbaniak Competency

1. Irbaniak a Chronic liar claims the "FBI" and "Chute" Incident are false

2. At this point Irbaniak a Chronic liar probaly does not know when she is lying or telling the truth

3. Irbaniak denies the "FBI" and the "Chute" Incident is just plain lying

On the 15th Day of March 2004

Danto R.

FILED 2004 MAR 16 P 1:35 U.S. DISTRICT COURT BRIDGEPORT, CONN.

Certification

This is to certify a copy of the enclosed motion was mailed to the following parties of record

USDC
Bridgeport

~~USDC~~
Trevor Tolan
WINUS
Attn ~~illegible~~

On the 15th Day of March 2004
[signature]