DeLoreto V Chute                                    3:00cv 1011 (JCH)

## Motion; Formal Meeting Demanded

1. Judge Hall, here we go again with the lies

2. Chute, heres a man who made the front page of every local paper, went to trial for five [5] days but claims through his lying lawyer in a motion dated March 11 2004 that he does not remember

On the 11th Day of March 2004

*[FILED 2004 MAR 16 P 1:04 U.S. DISTRICT COURT BRIDGEPORT, CONN]*

*[signature]*

Certification

This is to certify a copy of the enclosed motion was mailed to the following parties of record

USDC
Lafayette Blvd
Bridgeport

Irena Tobaviot
27 W Main St
New Britain Ct

On the 11th Day of March 2004

*[signature]*