DeLoreto V Chute                3:00CV1011[JCH]

Motion; Formal Meeting, Relavancy

1. Plaintiff was harassed by the New Britian Police in the City of Hartford and falsly arrested

2. The FBI arrested New Britian Police officers for harassing people in Hartford. [1998-2000]

3. But yet the Lawyer for New Britian even claims that this is irrelevant

4. This is Relevant

On the 11 Day of March 2004

Danto /Deth

Certification

This is to certify a copy of the enclosed motion was mailed to the following parties of record.

USDC
Lafayette
Bridgeport

Irena Tobank
RJW [illegible]
New Britain

On the 15th Day of March 2004

[signature]