DeLoreto V Chute

Memorandum of Law
Motion; Affidavit, Response Summary Judgement
Sworn Affidavit; Case Criminal Nolled

FILED
2004 MAR 22 PM 12:45
U.S. DISTRICT COURT
BRIDGEPORT, CONN

1. On April 29 1999 Plaintiff was driving his pickup in Hartford on Wethersfield Ave at about 10:00 AM

2. Chute and Spanda driving a unmarked police car with tinted windows, with no uniforms or badge

3. Chute and Spada would not stop harassing plaintiff by forcing plaintiffs vehicle off the road for numerous blocks in a manner to cause an accident.

4  Plaintiff could no longer tolerate being forced off the road by Chutes vehicle

5  Plaintiff stopped his pickup truck at the corner of Wethersfield Ave and Victoria Rd in Hartford

6  Plaintiff begins to exit vehicle at the sametime as defendants

7  Plaintiff was at this point forced to the curb at gunpoint and was told to procede to the ground at gunpoint

8   As the defendants pointed their gun and claimed they were New Britian Police Officers, [In, Hartford]

9   Plaintiff and his vehicle were searched

10  Plaintiff was detained as the defendants made a false report to the Wethersfield Police Dept

11  Then after a comical discussion among the officers, the Wethersfield Police arrested Plaintiff in Hartford and forced Plaintiff

to go to court in BRISTOL for punishment, BRISTOL is three [3] Jurisdictions from Hartford

12. The Defendants both Wethersfield and New Britian Police Officers thought it would be very funny to send plaintiff to Bristol Court the Incorrect Jurisdiction where Plaintiff appeared thirty three [33] times the case was nolled Case Nolled

13. At no time on April 29 1999 did any of the defendants posses any lawful authority to engage in a motor vehicle pursuit and detain plaintiff at gunpoint or search plaintiff, his vehicle or seize his wallet and documents in the City of Hartford

14. The actions of the defendants violated Conn Gen Stat § 54-1 as well as state and Federal Constitutions

15. At no time were the defendants acting in the lawful performance

of their duties, but Instead were acting on a personal frolic in order to harass and Intimadate plaintiff

16. Plaintiff First Cause of Action and genuine Issue for trial

a. The right not to be subjected to motor vehicle pursuits threats detention

b. The right to be secure In one persons vehicles and effects and not to be subjected to worrantless searches and seizures by police officers acting without lawful authority outside their own Jurisdiction

c the right not to be physically seized detained or subjected to malicious and unjustified prosecution in the absence of either probable cause or reasonable suspicion

d the right not to be deprived of libertly without due process of the law

E All of the Aforementioned rights are secured to the plaintiff by the First, Fourth and Fourteenth Amendments to the United States Constitution Title 42 USC 1983 1988

Memorandum of Law

1. Heck V Humphry criminal case terminated in plaintiffs favor nolle

2. Singleton V City of New York Criminal case nolled

3. Iulo V Milford Officer not authorized to carrie out police functions

4. McHale V WBS Criminal matter terminated in favor of Plaintiff

5. Peyton V Ellis, Intentional Infliction of emotional Distress

Muniz V Kravis
Intentional Infliction of emotional Distress

Appleto V Board of Education
Intentional Infliction of Emotional Distress

The Plaintff

Dante DeLoreto

Dante DeLoreto
33 Maxwell Dr
Wth. Ct 06109

Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

USDC
Bridgeport CT

Irena Irbonat
27 W Main St
New Britan CT

On the 18th Day of March 2004

Dante Dolat