UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE DeLORETO | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-00-cv-1011 (JCH) |
| | : | |
| SEBASTIAN SPADA, ET AL | : | MARCH 24, 2004 |

**RULING RE: [DKT. NO. 72]**

Plaintiff filed a Motion to Compel defendant Chute to provide "information." Defendant objects, stating he is unaware of what "information" plaintiff is requesting.

A motion to compel discovery from a party cannot be filed before a discovery request (F.R.Civ. P. 26 et. seq.) has been made and not answered. If plaintiff makes such a discovery request of defendants, he should identify with specificity the articles he references, by newspaper and date, given that defendants represent they do not know to what he is referring. Plaintiff's Motion to Compel (Dkt. No. 72) is denied.

**SO ORDERED.**

Dated this 24th day of March, 2004 in Bridgeport, Connecticut.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge