UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DANTE DELORETO                    :
    Plaintiff                :
                    :    Case No. 3:00cv1011 (JCH)
    v.                       :
                    :
SEBASTIAN SPADA                   :
and GARY CHUTE                    :
    Defendants               :    March 30, 2004

DEFENDANTS' REPLY TO PLAINTIFF'S MEMORANDUM OF LAW
MOTION, AFFIDAVIT, RESPONSE, SUMMARY JUDGMENT ETC.

On February 5, 2004, the Defendants filed a Motion For

Summary Judgment (Dkt. No. 59).  On March 11, 2004, the

Honorable Janet C. Hall filed a Notice to Pro Se Litigant (Dkt.

No. 71).

In the document, the Honorable Janet C. Hall informed the

pro se plaintiff the following:

> ". . . the plaintiff must demonstrate to the court
> that material issues of fact exist such that granting
> summary judgment would not be appropriate.  The
> plaintiff may not rely on conclusory allegations, from
> either his complaint or his motions.  DeLoreto must
> present evidence to the court in the form of
> affidavits, deposition testimony, or records that
> substantiate his claim that the defendants unlawfully
> seized the plaintiff."

On or about March 18, 2004, plaintiff filed a memorandum of law, motion; affidavit, response, summary judgement, sworn affidavit; case criminal nolled.

The plaintiff's memorandum in opposition of defendants' motion for summary judgment relies on conclusionary allegations.  He did not present evidence to the court in the form of affidavits, deposition testimony or records that substantiate his claim that the defendants unlawfully seized the plaintiff.

There was no evidence presented which would allow a jury to find in his favor.

Therefore, the defendants respectfully request that their motion for summary judgment be granted in their favor.

DEFENDANTS

By Office of Corporation Counsel

_____
Irena J. Urbaniak
Attorney for Defendants
Office of the Corporation Counsel
City of New Britain
27 West Main Street
New Britain, Connecticut   06051
Tel. (860) 826-3420
Federal Bar Number ct01322

<u>CERTIFICATION</u>

I hereby certify that on March 30, 2004, a copy of the

above was mailed to the pro se plaintiff:

Dante DeLoreto
33 Maxwell Drive
Wethersfield, Connecticut 06109

_____
Irena J. Urbaniak
Attorney at Law