United States District Court
District of Connecticut
FILED AT       BRIDGEPORT

3-24-04

Kevin F. Ro...

By
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DANTE DELORETO          :
        Plaintiff       :
                        :       Case No. 3:00cv1011 (JCH)
        v.              :
                        :
SEBASTIAN SPADA         :
and GARY CHUTE          :
        Defendants      :       March 23, 2004

MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR PROTECTIVE ORDER

I.    BACKGROUND

The plaintiff, Dante DeLoreto, filed an action against

Sebastian Spada and Gary Chute ("defendants") alleging that the

defendants unlawfully seized the plaintiff in violation of the

First, Fourth, and Fourteenth Amendments, as well as in

violation of state law.  In particular, the plaintiff claims

that the two defendants, both City of New Britain police

officers acting under color of law, violated the plaintiff's

rights by illegally pursuing him, forcing his vehicle off the

road and then detaining the plaintiff all outside their lawful

jurisdiction.  The plaintiff further claims that the defendants

then falsely reported that the plaintiff violated Connecticut

motor vehicle laws.

II.  <u>HARRASING PLEADINGS</u>

A.   Motion; Summary Judgment dated January 7, 2004

> "Irena Irbaniak swithed police reports
> Plaintiff has different police reports
> Ha Ha Ha Ha"  (Exhibit A)

B.   Motion: Impeach Irbaniak dated February 7, 2004

> "Irbaniak is a liar . . .
> Ha Ha Ha . . . ."  (Exhibit B)

C.   Motion; Summary Judgment dated February 12, 2004

> "Plaintiff moves to summary judgment based on the
> fact that Irena Irbaniak made Intentional False
> Misrepresentations to Judge Hall in her latest
> February 5, 2004 Motion Defendants "Motion for
> Summary Judgment".  (Exhibit C)

D.   Motion: Chronic Liar Syndrome dated March 11, 2004

> "Judge Hall, your Honor chronic liars syndrome is what
> we are dealing with here. . ."  (Exhibit D)

E.   Motion; Irbaniak is lying again dated March 11, 2004

> (Exhibit E)

F.   Motion: Formal Meeting Demanded dated March 11, 2004

> "Judge Hall, here we go again with the lies
> Chute, heres a man who made the Front page of every
> local paper, went to trial for five (5) days but
> claims through his lying lawyer. . ."  (Exhibit F)

G.   Motion; Examine Irbaniak Competency dated March 11, 2004

　　　　"1.   Irbaniak a chronic liar claims the "FBI" and
　　　　　　　"Chute" Incident are false
　　　　　2.   At this point Irbaniak a chronic liar probably
　　　　　　　does not know when she is lying or telling the
　　　　　　　truth
　　　　　3.   Irbaniak denies the "FBI" and the "Chute"
　　　　　　　Incident is just plain lying."   (Exhibit G)

H.   Motion; Chronic Liar Syndrome dated March 11, 2004

　　　　(Exhibit H.)

I.   Motion; Examine lies dated March 11, 2003

　　　　(Exhibit I)

J.   Motion; Stop Actions dated March 11, 2004

　　　　"1.   To many lies
　　　　　2.   Irbaniak the Vantastic liar is so distorted and
　　　　　　　tells so many lies that Irbaniak probally doesn't
　　　　　　　even know the truth . . ."   (Exhibit J)

K.   Motion; Chronic liars Syndrome dated March 11, 2004

　　　　"1. Judge Hall, Your Honor plaintiff feels Chute and
　　　　　　　Irbaniak are not capable of telling the truth,
　　　　　　　chronic liars have the same problems . . ."
　　　　　　　(Exhibit K)

L.   Motion: Information is True dated March 11, 2004

　　　　" . . . If Chute does not remember whole page article
　　　　and [5] day trial, he is a liar like his attorney."
　　　　(Exhibit L.)

## III.  LEGAL ARGUMENT

### A.  **PLAINTIFF'S HARASSMENT AND PERSONAL ATTACKS MUST STOP**.

"Federal Courts have both the inherent power and the

constitutional obligation to protect their jurisdiction from

conduct which impairs their ability to carry out Article III

functions." In Re Anthony R. Martin-Trigona, 737 F.2d 1254,

1261 (2d Cir. 1984)(affirming, in part, injunction against pro

se plaintiff's abusive litigation tactics).  As the Court held

in Martin-Trigona:

> [T]he United States Courts are not powerless to
> protect the public, including litigants . . . from the
> depredations of those . . . who abuse the process of
> the Courts to harass and annoy others with meritless,
> frivolous, vexatious or repetitive . . . proceedings.

Martin-Trigona, 737 at 1262.

In addition, Rule 26(c) of the Federal Rules of Civil

Procedure provides that a protective order may enter "to protect

a party or person from annoyance, embarrassment, oppression, or

undue burden or expense . . . ." Fed. R. Civ. P. 26(c).  In

entering a protective order, the Court may "make any order which

justice requires." Id.  In this case, justice requires that

this Court enter an order to prevent the plaintiff from filing

motions which are harassing and personal attacks of the defendants and their counsel.

Plaintiff has engaged in a pattern and practice of filing harassing and oppressive pleadings which are full of personal attacks on the defendants and their counsel. (See Exhibits A through L.) In sum, the plaintiff has imposed a great burden and expense upon the defendants by his irrational filing of irrelevant pleadings which are personal attacks.

Plaintiff made the allegation but fails to provide any evidence supporting the allegation. The motions were filed to harass and place undue burden on the defendants.

IV.   CONCLUSION

For the foregoing reasons, the defendants seek a protective order.

DEFENDANTS

By Office of Corporation Counsel

Irena J. Urbaniak
Attorney for Defendants
Office of the Corporation Counsel
City of New Britain
27 West Main Street
New Britain, Connecticut   06051
Tel. (860) 826-3420
Federal Bar Number ct01322

-5-

## CERTIFICATION

I hereby certify that on March 23, 2004, a copy of the above was mailed to the pro se plaintiff:

Dante DeLoreto
33 Maxwell Drive
Wethersfield, Connecticut 06109

Irena J. Urbaniak
Attorney at Law

A

300 CV 1011 (JCH)          Deloreto VShute
                                              Shaffer

Motion; Summary Judgement

1   Irena Irbaniak Swithed
    police reports

2   Plaintiff has different Police
    Report

    HA   HA   HA     HA

On the 7th Day of January 2004

          Dante Deloreto

300CV7011 (JCH) DeLoreto V Schaffer
Shute

Motion; Impeach Irboniak

1/ Irboniak is a liar

2 Whapples was never there

3 Plaintiff has Original

summons signed by Schaffer

1/a 1/a 1/a 1/a 1/a 1/a
1/a 1/ 1/a 1/a 1/a 1/a

On the 7th Day of Febuary 2004

Dante DeLoreto

# Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

USDC
Bridgeport Ct

Irena Urbaniak
Corporate Council

Jon Schoenhur          Judge Covello
Jim Tallberg           450 Main St
                       Hartford Ct

On the 7th Day of Febuary 2004

DeLoreto V Chute etal                    300CV 1011 (JCH)

# Motion; Summary Judgement

1  Plaintiff moves to summary Judgement
based on the fact that Irena
Irbaniak made Intentional False
Misrepresentations to Judge Hall
in her latest February 5 2004 Motion
Defendants "Motion; For Summary Judgement"

2  Irbaniak Intentionally misrepresents
the true Identity of the defendants
"Last Page, New Britan Police Reports"

3  Plaintiff is entitled to summary Judgement.

On the 12th Day of February 2004

*Danto DeLoreto*

C

## Certification

This is to Certify that a Copy
of the Enclosed motion was mailed
to the following parties of record

USDC
Bridgeport

Irene Arbonas
27 W Main St
New Britain

On the 12th Day of February 2004

Paul Reel

Deloreto!/Chute                    300CV/JCCVNJCHI

Motion; Chronic liar Syndrome

1  Judge Hall, Your Honor Chronic
liars Syndrome is what we are
dealing with here

2  Chute heres an adult man an
Officer who had his name on the
front page of every local Newspaper
In a case that went to trial in
about September of 2003 with
media coverage too

3  Yet claims in March ½ of 2004 in
a motion by his Attorney that he
has no memory of this Incident
On the 23th Day of March 2004

Defacto v/Chute                                    3:00CV 1011 [JCH]

Motion; Irbaniak is lying Again

1  Plaintiffs criminal Attorney,

a Former New Britian Police Captian

knows all about Chute planting

evidence, And the Newspaper Article

2  Plaintiffs Criminal Attorney

a Former New Britian Police Captian

Knows All about the New Britian Police

being arrested by the F B I

for harrasing people In Hortford between

[1998-2000]

3  Plaintiff was arrested in 1999 in Hortford

by New Britian Police, Relevant
On the 11th Day of March. 2004

                              David Defoto

Deloreto V Chute                    300cv 1011 (JCH)

Motion; Formal Meeting Demanded

1  Judge Hall, here we go again
with the lies

2  Chute, heres a man who made
the Front page of every local
paper, went to trial for five [5]
days but Claims through his
lying lawyer In a motion dated
March 11 2004 that he does
not remember

On the 11th Day of March 2004

DeLoreto\Chute                              300CV1011[JCH]

Motion; Examine Irboniak Competency

1   Irboniak a Chronic liar claims
the "FBI" and "Chute" Incident are
false

2   At this point Irboniak a Chronic
liar probaly does not know when
she is lying or telling the truth

3   Irboniak denies the "FBI"
and the "Chute" Incident is
just plain lying

On the 17th Day of March 2004

Danto

DeLoreto'/Chute                    ͻoocv 1011 [JCH]

Motion; Chronic liar Syndrome

1  Your Honor, Judge Hall plantiff
feels the Federal Court should take
action or refer case to someone
who can take action for people
engaged in deciet

2  Chute here is an adult male
who is a police officer, who made
the front page of every local
paper, went through a trial covered
by the Media in about September
of 2003

3  And Yet in March 11 of 2004

through his Attorney in the last two sentences of his March 11 2004 motion claims he denies the situation and has no knoledge of this situation

x 4 Judge Hall Your Honer plaintiff cannot keep up with the Vantastic liars and I am asking the Federal Court to Impose Sanctions or take appropriate action

On the 11th Day of March 2004

Dante DeLeo

Dante DeLeo
33 Maxwell Dr
Weth. Ct 06109

# Certification

This is to certify a copy of the

enclosed motion was mailed to the

following parties of record

USDC
Bridgeport Ct


Irena Trbaniak
27 W Aran St
New Portm Ct


On the 11th Day of March 2004

Delorio V Chute                    300cv 1011[JCH]

Motion; Examine lies

1  The lies continue

2  The Plaintiff cannot keep up with
the Vantastic liars

3  The Freedom of Information
run by the FBI have something
that will Jog Irbaniak memory
about New Britian Police
harassing people in Hartford

4  Plaintiff was harassed in Hartford
by the New Britian Police, Arrested
That is Important

On the 11th Day of March 2003

Dante Delrio

DeLoret. V Chute                    300cv 1011 [JCH]

Motion; Stop Action

1  To many lies

2  Irbaniak the Vantastic liar
   is so distorted and tells so many
   lies that Irboniak probally
   dosent even know the truth

3  Irboniak denies the "Chute"
   and the "FBI" Issues

4  Let Irboniak tell the FBI
   that never happened in Hartford
   On the 11th Day of March 2004

DeLoreto ''Chute                    300cv1011[JCH]

Motion; Chronic liars Syndrome

1  Judge Hall, Your Honor plaintiff feels
Chute and Irboniak are not capable
of telling the truth, Chronic liars
have the same problems

2  Chute here is a man who made
the Front page of every local
paper, and went to trial but
claims in a March 11 motion
he has no recollection, Vantastic

On the 11th Day of March 2004

DeLore, VChute                          300CV 1011 [JCH]

Motion; Information is True

1  Fact, The FBI in New Haven
arrested several New Britian Police Dept
members for Harassing people in
Hartford , Hartford, Hartford [98-2000]

2  Fact, Chute has been planting
evidence on Indiviguals, In Fact —
Plaintiffs criminal lawyer Spoke
to the criminal prosecutor about
Newspaper article [Whole page Article]

3  If Chute does not remember whole
page article and [5] Day trial, he is a
liar like his attorney
On the 11th Day of March  2004
                                  Dante Deforul