UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE DeLORETO | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3-00-cv-1011 (JCH) |
| SEBASTIAN SPADA, ET AL | : | |
|     Defendants | : | APRIL 1, 2004 |

**RULING  RE: DKT. Nos. 74-84**

Pending before this court are 11 "motions" filed by the plaintiff on March 16, 2004.  With one exception, "Motion: Chronic Liar Syndrome" [Dkt. No. 77], these "motions" do not seek any action by the court.  See F.R.Civ. P. 7(b)(1)("An application to the court for an order shall be by motion which . . . shall state with particularity the grounds therefore, and shall set forth the relief or order sought.") They are diatribes of plaintiff, containing accusations of falsehood by defendants' counsel and a defendant.

The Clerk is directed to terminate "motions," Dkt. Nos. 74-76 and 78-84.

"Motion: Chronic Liar Syndrome," (Dkt. No. 77), construed liberally, appears to move this court to "take action or refer case to someone who can take action for people engaged in deceit."  Given plaintiff files nothing in support of this "motion" other than his bold allegations, it is hereby **denied.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 1st day of April, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge