HONORABLE __HALL__
DEPUTY CLERK __BOROSKI__   RPTR/ERO/TAPE __FIONZA__

TOTAL TIME: ___ hours __38__ minutes

DATE __2-26-04__   START TIME __11:07__   END TIME __11:45__
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. __3:00CV1011JCH__

__DELORETO__                                    __DANTE DELORETO__
                                                Plaintiffs Counsel
  vs.                    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
                                                __IRENA URBANIAK__
__SPADA__                                       Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing    ☐ (confmhrg.) Confirmation Hearing    ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing    ☐ (evidhrg.) Evidentiary Hearing    ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing    ☐ (fairhrg.) Fairness Hearing    ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

| ✓ | #48 | Motion TO AMEND COMPLAINT (HOLD) | ☐ granted ☐ denied ☐ advisement |
| ✓ | #55 | Motion FOR TRIAL BY JUDGE | ☑ granted ☐ denied ☐ advisement |
| ☐ | #59 | Motion FOR SUMMARY JGMT (HOLD) | ☐ granted ☐ denied ☐ advisement |
| ☐ | #57 | Motion FOR JGMT AS A MATTER OF LAW | ☐ granted ☑ denied ☐ advisement |
| ☐ | #56 | ~~Motion~~ ORDER TO SHOW CAUSE | ☐ granted ☐ denied ☐ advisement |
| ☐ | #60 | Motion RE: FRCP 9 (HOLD) | ☐ granted ☐ denied ☐ advisement |
| ☐ | #61 | Motion TO AMEND AMENDED COMPLAINT REDOCKETED AS NOTICE 162M | ☐ granted ☐ denied ☐ advisement |
| ☐ | 63 | ~~Oral~~ Motion RE: FRCP 8 (HOLD) | ☐ granted ☐ denied ☐ advisement |
| ☐ | 65 | ~~Oral~~ Motion FOR SUMMARY JGMT | ☐ granted ☐ denied ☑ advisement |
| ☐ | 66 | ~~Oral~~ Motion FOR SUMMARY JGMT (HOLD) | ☐ granted ☐ denied ☐ advisement |
| ☐ | 67 | ~~Oral~~ Motion RE: INFORMATION | ☐ granted ☑ denied ☐ advisement |

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ ~~68 no mtg~~
☐ 64  MOTION RE FRCP 9

＊ HOLD - TO AMEND UNTIL SUMMARY JUDGMENT
JOINED -
DELORETO TO FILE PAPERS TO SHOW ARREST
OPP BY MARCH 1 BY DELORETO

☐ filed ☐ docketed (repeated)

_____ Hearing continued until _____ at _____