Deloreto V Chut et al

3:00CV1000YY[JCH]

00CV1011motext

#70 Motion; Extension of Time FILED

1/ Plaintiff would be very grateful for an extension of Ninety Days [90] to answer to a February 5 2004 Motion by defendant

Plaintiff have an attorney who is going to produce conflicticting police reports criminal - civil

Extension of time for Grievance Committee decision

2004 FEB 27 P 1 56
US DISTRICT COURT
BRIDGEPORT CT

FILED 2004 APR 2 U.S. DISTRICT COURT BRIDGEPORT CT

MOTION GRANTED.
SO ORDERED.

On 26th Day of February 2004

Dante Deloreto
Dante Deloreto
33 Maxwell Dr
Wethersfield Ct 06109

# Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

USDC
915 Lafayette Blvd
Bridgeport Ct ~~06605~~ 06604

Irena Urbaniak
27 W Main St
New Britian Ct

On the 26th Day of February 2004

*Dante [signature]*