UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE DELORETO | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-00-cv-1011 (JCH) |
| | : | |
| SEBASTIAN SPADA, ET AL | : | JUNE 9, 2004 |

**ORDER TO SHOW CAUSE**

On March 23, 2004, the defendants filed a Motion for Protective Order [Dkt. No. 87]. In it, defendants request a protective order preventing the plaintiff from filing motions which are harassing and personal attacks on defendants and their counsel.

The plaintiff is ordered to show cause why such a motion should not be granted. In particular, the court directs the plaintiff's attention to the attached pleadings to the defendants' Motion for Protective Order, which clearly contain ridicule, and allegations of lying by counsel. If plaintiff has any evidence to support his basis for these allegations, he must come forward with it in response to this Order. He should do so no later than **JUNE 29, 2004**.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 9th day of June, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge