Deloreto VS Schaffer
Chute
Spada

Motion; Show Cause [June 29 2004]
FILED

1/ Irena Jrbarnuly has made Intentional
False Misrepresentations [lies] to the Federal Court about the true Idenity of the arresting officer in case 300 CV 1011 [JCH]

[Intentional] Causing plaintiff Anxiety, depression

2 Plaintiff provided the original summons signed by Schaffer with badge # on Febuary 28 2004 at Federal Court, Schaffer will be Amended in a upcoming Amended Complaint
On the 15th Day of June 2004

DeLoreto V Chute                                  3:00CV1011(JCH)

Motion: Amend Schaffer Arresting Officer

1. Irbaniak, Schoenhorn and Tallberg are trying to conceal Schaffers Identity

2. Schaffer was dismissed from her job and has two Sexual Harrassment suits against the Wethersfield Police Dept, Schoenhorn represenst Schaffer, But Plaintiff paid Schoenhorn Also [WPD-Tallberg Re]

On the 15th Day of June 2004

Dento DeLo

# Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

USDC
Bridgeport Ct


Irena Irbeniak
27 W Main St
New Briton Ct


On the 15th Day of June 2004

*[signature]*