UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 17 A 11: 32
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Dante DeLoreto
Name of Plaintiff/Petitioner

v.

Case No. 300cv1011 [JCH]

Chute, Spada, Schaffer
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Dante James DeLoreto
   Your present mailing address: 33 Maxwell Dr
   Wethersfield Ct 06109
   Telephone number: (860) 563-7686

2. Are you presently employed?  YES ___  NO ✔

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. Phizer Pharmaceutical  9/06/94

(Rev. 1/2/03)

Date last worked: __9/6/94__

Weekly earnings: __$18.00 to $19.00 per hour__

5. Approximately how much money have you received in the past twelve months in the form of:

   a) salary, wages, commissions, or earned income of any kind? __0__

   b) interest, dividends, rents or investments of any kind? __0__

   c) gifts or inheritances of any kind? __0__

6. How much money do you have in any checking or savings account(s)?

   Checking: __0__

   Savings: __0__

   Prison account: __0__

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats or other valuable property (excluding household items and clothing)? YES __✓__ NO ___

   If YES, describe the property and state the approximate value: _____

   __1998 Ford Taurus $1000.00__

8. How much money do you owe others? __Total__

   For each debt, state the name of the creditor and the amount owed:

   | CREDITOR | AMOUNT OWED |
   |---|---|
   | JC Penney | $ 200.00 |
   | Visa | $ 1000.00 |
   | Bnk Americard | $ 1000.00 |
   | Atty Norm. Paths | $ 2,500 - 5,000 |

2

9.  List the persons who depend upon you for support, and state your relationship to them. *Carolyn DeLoreto, Mother 81 years of age*

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO ✓

    If the answer is YES, please provide the following information for each such person:

    Name: *0*

    Relationship: *0*

    Employer: *0*

    Weekly Earnings: *0*

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. *Plaintif Affides and Swears that he has no money and disabilities limiting plaintiff ability to engage in gainful Employment*

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. *42 USC 1983 Nolled Criminal Case*

(Additional space on next page)

3

_____

_____

_____

_____

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name __Damian Wasserbaum__

   Date you contacted this attorney __June, May 2004__

   Method of contact (in person, by telephone, etc.) __In person phone__

   Reason why attorney was not employed to handle your case __Money__

   b) Attorney's name __Adam Teller__

   Date you contacted this attorney __April, May 2004__

   Method of contact (in person, by telephone, etc.) __telephone__

   Reason why attorney was not employed to handle your case __Money__

4

c) Attorney's name __Norm Patts__

Date you contacted this attorney __May 2004__

Method of contact (in person, by telephone, etc.) __person phone__

Reason why attorney was not employed to handle your case __money past bill__

15. Explain any other efforts you have made to obtain an attorney to handle your case.
Your Honor I called just about everybody on the pro bono list

16. Please provide any other information which supports your application for the court to appoint counsel.
Cases are ongoing and have Merit

17. Do you need a lawyer who speaks a language other than English?
YES ____ NO ✓

If you answered YES, what language do you speak? ____

5

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

6/15/04
Date

_Dante DeLoreto_
Original Signature of Movant

Dante DeLoreto
33 Maxwell Dr
Wethersfield CT 06109
Printed Name and Address of Movant

(Rev. 1/2/03)

If this motion is being filed AFTER the case is opened, the movant is required to serve all opposing parties or their attorneys and a certificate of service is required, showing all parties served and their addresses in accordance with LR5(b). Failure to supply the certificate of service will result in the motion being returned to the movant, unprocessed.

I hereby certify that a copy of the foregoing motion was mailed to:
(List all defendants or counsel for defendants with address and date mailed.)

_Certified Attached_

_Thank You_

_____
Original Signature of Movant

(Rev. 1/2/03)

# Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

USDC
Bridgeport Ct

Irena Urbaniak
27 W Main St
New Britian Ct

On the 15th Day of June 2004

[signature]