UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DANTE DELORETO

      v.                    3:00cv1011 JCH

SEBASTIAN SPADA and
GARY CHUTE

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on August 30, 2004, entered a Ruling Re: Motion for Summary Judgment, granting defendants' motion for summary judgment and declining to exercise jurisdiction and dismissing without prejudice, the remaining state claims.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 8th day of September, 2004.

                        KEVIN F. ROWE, Clerk

                        By      /s/
                              Chrystine W. Cody
                              Deputy-in-Charge

Entered on Docket _____