DeLoreto V Schaffer

300cv 1011 [JCH]
00cv1011 MATRON

**Motion; Reopen Case**

1. Judge Hall, Dante DeLoreto's criminal case in 300cv 1011 [JCH] is <u>dismissed</u>

2. Judge Handy did not require DeLoreto to be present in Cart when the case was disposed of

3. Not A Nolle

4. Dismissed

5. DeLoreto will call chief Clerk Mr. Dorsey

On the 20th Day of September 2004

*Dante DeLoreto*

## Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

USDC

Trena Ironack
45 N Main St
New Britain CT

On the 20th Day of September 2004

*[signature]*