Deloreto/Chute, Spada, Schaffer 3:00CV1011[JC-]

Motion; Case, Dismissed, Oral Meeting

1. Judge Hall, Case in Criminal Court is DISMISSED, Can a new Judge be assinged

2. Oral meeting Demanded

On the 15th Day of October 2004

*Dante Dedeo* (signature)

## Certification

This is to certify that a copy of the enclosed motion was mailed to following parties of record    Irena Irbonas
295 S Main St
New Britain Ct
On the 15th Day of October 2004

*[signature]*