3:00CV 1011(JCH)                                  DeLoreto V Chute et al

Motion; Reopen Case

1. Dante DeLoreto would be very grateful if the Federal Court would reopen case 3:00cv 1011 because the plaintiff was not able to litigate [pro-se] the case at the time because plaintiff was under Doctors care

2. Medical is Forthcoming from Dr. Gary Zacariah

On the 28th Day of February 2006

*Dante DeLoreto*

FILED
2006 MAR -6 A 11:33
U.S. DISTRICT COURT
BRIDGEPORT CONN

Certification

This is to certify that a copy of the enclosed motion was delivered "First Class" to the following parties of record.

USDC
Hartford Ct
Main St

City of New Britan
N Main St
New Britan Ct

On the 28th Day of February 2006

*[signature]*